# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| SHAWN M. HERRON ) | 20-mj-6016-MPK |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 2019 to January 2020  in the county of  Bristol  in the District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1709 | Theft of mail matter by officer or employee. |

This criminal complaint is based on these facts:

See Attached Affidavit of USPS OIG Special Agent Thomas DiCarlo.

☒ Continued on the attached sheet.

*Complainant's signature*

Thomas DiCarlo, Special Agent, USPS OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/10/2020

*Judge's signature*

City and state:  Boston, MA    Hon. M. Page Kelley, U.S.M.J.
*Printed name and title*